# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

GIEZELL VIDUYA ADAWAG

*Defendant(s)*

Case No. 2:26-mj-0153 SCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Solano in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by an Alien in a Federal Election<br><br>Penalty: A maximum of up to 1 year in prison; or Fine of up to $100,000; or both fine and imprisonment Supervised release up to 1 year. $25 special assessment. |

This criminal complaint is based on these facts:

(see attached Affidavit)

☒ Continued on the attached sheet.

/s/ Rachelle Willhoit
*Complainant's signature*

Rachelle Willhoit, Special Agent HSI
*Printed name and title*

Sworn to me and signed via telephone.

Date: October 16, 2026

*Judge's signature*

City and state: Sacramento, CA

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rachelle Willhoit, a Special Agent with Homeland Security Investigations, having personally participated in an investigation of the conduct of GIEZELL VIDUYA ADAWAG, and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. This affidavit is submitted for the purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant, charging that from on a date unknown, but no later than on or about November 5, 2024, in the Eastern District of California and elsewhere, GIEZELL VIDUYA ADAWAG (ADAWAG) violated 18 U.S.C. § 611(a)) (Voting by an Alien).

2. At all times relevant to this Complaint:

    a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

    b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

    c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent residents as evidence of their status. Upon meeting the

statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

d. In order to register to vote in the State of California, an applicant was required to certify and attest that they met certain eligibility requirements, including the requirement that he/she was a United States Citizen at the time that he/she registered to vote. *See* Cal. Elec. Code § 2101(a) ("A person entitled to register to vote shall be a United States citizen[.]"

e. Upon successfully registering to vote in California, an applicant was authorized to vote in California state and local elections, as well as in federal elections.

f. ADAWAG was a Lawful Permanent Resident living in Solano County, California since at least 2022, having entered the United States on a B-2 visa (nonimmigrant visitor visa for pleasure) from her country of birth, the Philippines.

3. On or about November 5, 2024, ADAWAG completed a same-day voter registration and cast a ballot in that day's presidential general election. ADAWAG completed the registration and voting process at a polling location in Solano County, within the Eastern District of California.

4. In the registration application, ADAWAG checked the box indicating that she was a United States citizen, identified English as her preferred language, stated that she was over the age of eighteen, and certified that she was a United States citizen and California resident on Election Day.

5. Based on the information that ADAWAG provided in her registration application, including her false statement that she was a United States citizen, ADAWAG's application to register to vote was accepted, and she was successfully registered to vote in the State of California.

6. ADAWAG's "Voter Detail" in Solano County, California is as follows:

Registration Status: Active
Registration Date: 11/5/2024
Reason for Change: Updated Registration—Active

Registration Source: Office/In Person
Registration Method: In Person/In Office/ROV

7. Certified "Voter Participation" records for ADAWAG from the Solano County Registrar of Voters returned a completed and signed provisional ballot envelope identifying that ADAWAG voted in the November 5, 2024 general election. The Solano County ROV produced a scan of the provisional ballot envelope from the 2024 federal election. The signature on the envelope appears consistent with the signatures reflected on ADAWAG's voter registration, DMV, and immigration records.

8. Records indicate that ADAWAG submitted a provisional ballot for the 2024 general election, that ballot was counted, and the election included at least in part a candidate for the office of President, Vice President, Member of the Senate, or Member of the House of Representatives. At all times relevant to the complaint, ADAWAG lived in the Eastern District of California and was assigned a voting precinct in the Eastern District of California.

9. In July 2022, ADAWAG completed California Department of Motor Vehicles documentation pertaining to her Driver's License and ID Card. The form asked questions regarding "Voter Eligibility and Registration." Under the section headed "U.S. Citizen," ADAWAG responded "NO," and she was not registered to vote through the California DMV. At the end of this document, ADAWAG certified that this information was true.

10. In or about January 2021, ADAWAG entered the United States from the Philippines on a B-2 Visa, a Nonimmigrant Visitor Visa For Pleasure. On or about April 11, 2021, ADAWAG married a U.S. Citizen at a ceremony in Las Vegas, Nevada.

11. In July 2021, ADAWAG sought lawful permanent resident status based on her marriage to a United States citizen, with her spouse filing a Form I-130 petition and ADAWAG filing a Form I-485 application to adjust status. The application was approved in December 2022. Because ADAWAG's marriage was less than two years old at the time permanent residency was granted, she received conditional lawful permanent resident status.

12. In December 2024, ADAWAG filed a Form I-751, petitioning to remove the conditions on her residency. That petition remains pending at this time.

13. On October 14, 2026, HSI agents conducted a voluntary, non-custodial, recorded interview of ADAWAG. During this interview, ADAWAG produced her California driver's license and acknowledged she is not a U.S. Citizen. ADAWAG was asked if she ever registered to vote in the United States, and she answered "no", multiple times. ADAWAG was then asked if she ever voted in an election in the United States, and she answered "no." ADAWAG affirmatively stated that she understood that Lawful Permanent Residents cannot vote in the United States. HSI agents then presented ADAWAG with the California Voter Registration form reflecting ADAWAG's signature. After reviewing her signed registration form and speaking with HSI agents, ADAWAG acknowledged she may have voted in 2024. ADAWAG stated that she "didn't know any better" and "I was influenced,' seemingly indicating that she had voted with her husband on November 5, 2024. At the conclusion of the interview, ADAWAG was asked again if she had registered to vote and if she had indeed voted in the 2024 presidential general election. ADAWAG answered "yes."

14. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 5, 2024, in the Eastern District of California and elsewhere, ADAWAG voted as an alien in the 2024 federal general election, in violation of Title 18, United States Code, Section 611(a).

15. I further request that the Court order that all papers in support of this application, including the application, this affidavit, and the clerk of court's docket sheet, be sealed until further order of the Court. These documents pertain to an ongoing criminal investigation that is not public, and the defendant has not yet been arrested in connection with this matter.

///

///

///

Accordingly, I believe there is reason to seal these documents because their premature disclosure may seriously jeopardize the investigation or cause the defendant to flee prosecution or destroy evidence.

/s/ Rachelle Willhoit

Rachelle Willhoit, Special Agent
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) on October 16, 2026.

HONORABLE SEAN RIORDAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

*<u>/s/ Kevin C. Khasigian</u>*
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**United States v. GIEZELL VIDUYA ADAWAG**
**Penalties for Criminal Complaint**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25